```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 01:10-CR-00403 AWI
                                 )
12            Plaintiff,         )  MOTION AND ORDER TO DISMISS
                                 )  INDICTMENT
13       v.                      )
                                 )
14  ARMANDO CHAVARRIA-CASTRO,    )
                                 )
15            Defendant.         )
    _____)
16
17       Pursuant to Federal Rule of Criminal Procedure 48(a),
18  Plaintiff United States of America, by and through its attorneys
19  of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L.
20  GARRIQUES, Assistant United States Attorney, hereby seek leave of
21  court and move to dismiss the indictment in this case without
22  prejudice, as to the above-named defendant, in the interest of
23  justice.
24  DATED: October 20, 2011           Respectfully submitted,
                                      BENJAMIN B. WAGNER
25                                    United States Attorney
26                             By:    /s/ Ian L. Garriques
                                      IAN L. GARRIQUES
27                                    Assistant U.S. Attorney
28
                                1
```

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:     October 20, 2011            _____
                                       CHIEF UNITED STATES DISTRICT JUDGE